STATE of Missouri, Respondent,

v.

Derrick ROSS, Appellant.

No. WD 35176.

Missouri Court of Appeals,
Western District.

Dec. 26, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
March 5, 1985.

Frederick A. Duchardt, Public Defender, Liberty, for appellant.

John Ashcroft, Atty. Gen., John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for two counts of armed robbery and for one count of armed criminal action. Section 569.020, RSMo 1978 and Section 571.015. Sentence was imposed by the court upon a finding that appellant was a persistent offender.

Judgment affirmed. Rule 30.25(b).

In the Interest of F.H., L.H. and
K.H., Minors.

Rebecca JAMES, Juvenile
Officer, Respondent,

v.

A.H., Natural Mother, Appellant.

Nos. WD 36058 to WD 36060.

Missouri Court of Appeals,
Western District.

March 5, 1985.

John L. Port, Windsor, for appellant.

Wayne P. Strothmann, Clinton, for respondent.

Before LOWENSTEIN, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM:

Consolidated appeal from juvenile court order placing minor children in custody of maternal grandmother under supervision of Division of Family Services.

Affirmed. Rule 84.16(b).